FILED
CLERK, U.S. DISTRICT COURT
AUG 2 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRY ALLEN Archie

Defendant.

Case No. 23-MJ-4357

ORDER OF DETENTION

I.

On August 24, 2023, Defendant made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender Jonathan Aminoff was appointed to represent Defendant. The government was represented by Assistant United States Attorney Joseph Guzman. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(3)(E)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:   ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and

the report and recommendation of the U.S. Pretrial Services Agency prepared on June 6, 2023, May 30, 2023 and May 4, 2023.

### IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ unverified background information
- ☒ unverified bail resources
- ☒ Defendant is subject to a protection order that expires in 2025 and is on probation for his 2014 robbery conviction.
- ☒ criminal history includes convictions for robbery (2014) and threatening a public official (2022) and failures to appear, arrests for firearms related offense and domestic violence.

As to danger to the community:

- ☒ criminal history includes convictions for robbery (2014) and threatening a public official (2022) and failures to appear, arrests for firearms related offense and domestic violence.
- ☒ alleged gang ties
- ☒ uncharged conduct alleged in the complaint includes threat to harm an employee of the Social Security Administration

### V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation

with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 24, 2023

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE